# JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual, Plaintiff, | Case No.: 2:18-cv-09275-CJC-MAA |
| v. | **ORDER DISMISSAL WITH PREJUDICE** |
| LAVANDERIA COIN LAUNDRY, a business of unknown form; HAROLD V. PETERS SR. and LUCILA R. PETERS, husband and wife as joint tenants; and DOES 1-10, inclusive, | |
| Defendants. | |

ORDER
DISMISSAL WITH PREJUDICE

| | |
|---|---|
| 1 | After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Carmen John Perri ("Plaintiff") and Lavanderia Coin Laundry, Harold V. Peters Sr. and Lucila R. Peters LLC ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees. |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Carmen John Perri ("Plaintiff") and Lavanderia Coin Laundry, Harold V. Peters Sr. and Lucila R. Peters LLC ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: February 7, 2020

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE